AL. P. BLUM et al., Landlords, Respondents, *v.* SAMUEL LEWIS, Tenant, Appellant, and STANDARD VENETIAN BLIND CO., Occupant, Appellant.

Supreme Court, Appellate Term, First Department, June 28, 1948.

*Irwin Gray* for appellants.

*Samuel Ecker* for respondents.

*Per Curiam.* The petition is jurisdictionally defective for failure to allege the incorporation in the lease of a conditional limitation in the event of breach of any covenant. (*Parkton Estates, Inc., v. Metcalf,* 72 N. Y. S. 2d 324.) The mere allegation of a breach of a substantial obligation of tenancy without alleging the contractual right to terminate the tenancy is insufficient to sustain a summary proceeding (*89–09 Sutphin Corp.* v. *Scarinzi,* 187 Misc. 536).

The final order should be reversed, with $30 costs, and petition dismissed, with costs, without prejudice to a new proceeding.

CHURCH and HECHT, JJ., concur; HOFSTADTER, J., concurs in result.

Final order reversed, etc.